```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 01831
   GUILLERMO E VILLATORO
   DORA A VILLATORO                           CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0004    SSN XXX-XX-4984

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/28/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 03/17/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
CAPITAL ONE               UNSECURED         3573.47          .00           .00
GMAC                      SECURED VEHIC     3000.00          .00           .00
PROVIDIAN                 UNSECURED         4405.58          .00           .00
GMAC                      UNSECURED         NOT FILED        .00           .00
SCHOTTLER & ASSOCIATES    PRIORITY          NOT FILED        .00           .00
ACADEMY COLLECTION SERVI  NOTICE ONLY       NOT FILED        .00           .00
ASPIRE VISA               UNSECURED         NOT FILED        .00           .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY       NOT FILED        .00           .00
CAPITAL ONE               UNSECURED         NOT FILED        .00           .00
JPMORGAN CHASE BANK       UNSECURED         NOT FILED        .00           .00
CHASE BANK USA            NOTICE ONLY       NOT FILED        .00           .00
LANE BRYANT               UNSECURED         NOT FILED        .00           .00
NES                       UNSECURED         NOT FILED        .00           .00
SYSTEM & SERVICE TECHNOL  UNSECURED         NOT FILED        .00           .00
SYSTEM & SERVICE TECHNOL  UNSECURED         NOT FILED        .00           .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        --------------     --------------
TOTALS                        .00                .00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01831 GUILLERMO E VILLATORO & DORA A VILLATORO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 06/23/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```